**The CONNECTICUT MUTUAL LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, a Connecticut Corporation, Appellant, v. Marie V. HERRMANN, Appellee.**

No. 7132.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1937.

Miller, Canfield, Paddock & Stone, of Detroit, Mich., for appellant.

Jeffries, Krause & Hally, of Detroit, Mich., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that the evidence in this cause was not sufficient to authorize the trial court to direct the jury to return a verdict for the appellee,

It is ordered that the judgment be reversed and the cause remanded for a new trial.